IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **BURT DEVELOPMENT CO., Et Al.,** : | |
| : | **CASE NO.:  1:05-CV-92  (WLS)** |
| Plaintiffs, : | |
| : | |
| vs. : | |
| : | |
| **BOARD OF COMMISSIONERS** : | |
| **LEE COUNTY, GEORGIA,** : | |
| : | |
| Defendants. : | |

# J U D G M E N T

Pursuant to this Court's Order dated September 28, 2006, and for the reasons stated therein, JUDGMENT is entered in favor of Defendants.   Plaintiffs shall recover nothing from these Defendants.  Defendants are also entitled to recover their costs of this action.

This  **28 th**   day of  September, 2006.

                GREGORY J. LEONARD, CLERK

                By:  /s/ Joan B. King, Deputy Clerk